LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
SPENCER J. PAHLKE (State Bar #250914)
spahlke@walkuplawoffice.com
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY REIMER,<br><br>    Plaintiff,<br><br>v.<br><br>CORPORACION DE VIAJES MUNDIALES S.A., dba COSTA RICAN VACATIONS, COSTA RICAN INTERNET SERVICES LLC, and DOES ONE through ONE HUNDRED,<br><br>    Defendants. | Case No. CV 14 0147 EDL<br><br>JOINT STIPULATION AND [PROPOSED] FORM OF ORDER CONTINUING HEARING ON DEFENDANT COSTA RICAN INTERNET SERVICE'S MOTION TO DISMISS UNTIL MAY 27, 2014, OR AS SOON THEREAFTER AFTER IS ACCEPTABLE TO THE COURT |

////
////
////
////
////
////
////
////
////

Pursuant to Local Rules 6-2(a) and 7-12, Plaintiff GREGORY REIMER ("Plaintiff") and Defendant COSTA RICAN INTERNET SERVICES LLC ("Defendant"), by and through their counsel, hereby stipulate that the hearing on Defendant's Motion to Dismiss shall be continued from March 25, 2014 until May 27, 2014, or as soon thereafter as is acceptable to the Court. The basis for the stipulation, as explained in the accompany Declaration of Spencer J. Pahlke, is to permit Plaintiff to perform jurisdictional discovery necessary before the hearing on the Motion to Dismiss.

IT IS SO STIPULATED.

Dated: 2/20/14

WALKUP, MELODIA, KELLY & SCHOENBERGER

_____
MICHAEL A. KELLY
SPENCER J. PAHLKE
Attorneys for Plaintiff Gregory Reimer

Dated: 2/20/14

FISHER & PHILLIPS LLP

_____
TIMOTHY J. MURPHY
KATARZYNA W. NOWAK
Counsel for Defendant Costa Rican Internet Services

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant's Motion to
2  Dismiss shall be continued from March 25, 2014 until May 27, 2014.
3  Dated: February 21, 2014

_____
HON. ELIZAB... 
UNITED STAT...
Judge Elizabeth D. Laporte

3

JOINT STIPULATION AND [PROPOSED] FORM OF ORDER CONTINUING HEARING ON DEFENDANT COSTA RICAN INTERNET SERVICE'S MOTION TO DISMISS UNTIL MAY 27, 2014, OR AS SOON THEREAFTER AFTER IS ACCEPTABLE TO THE COURT - CASE NO. CV 14 0147 EDL