LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
SPENCER J. PAHLKE (State Bar #250914)
spahlke@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY REIMER,<br><br>    Plaintiff,<br><br>v.<br><br>CORPORACION DE VIAJES MUNDIALES S.A., dba COSTA RICAN VACATIONS, COSTA RICAN INTERNET SERVICES LLC, and DOES ONE through ONE HUNDRED,<br><br>    Defendants. | Case No. CV 14 0147 EDL<br><br>**JOINT STIPULATION AND [PROPOSED] FORM OF ORDER CONTINUING FILING DEADLINES ON DEFENDANT COSTA RICAN INTERNET SERVICE'S MOTION TO DISMISS IN ACCORDANCE WITH THIS COURT'S ORDER, SIGNED ON FEBRUARY 21, 2014** |

////
////
////
////
////
////
////
////
////

1. Pursuant to Local Rules 6-2(a) and 7-12, Plaintiff GREGORY REIMER ("Plaintiff") and Defendant COSTA RICAN INTERNET SERVICES LLC ("Defendant"), by and through their counsel, hereby stipulate as follows. Regarding Defendant's Motion to Dismiss, the filing deadlines for Plaintiff's Opposition and Defendant's Reply shall be moved forward the same number of days as the Court moved forward the Motion to Dismiss hearing date in its February 21, 2014 Order, which was 63 days.

The new date for Plaintiff's last day to file an Opposition is May 1, 2014.

The new date for Defendant's last day to file a Reply is May 8, 2014.

IT IS SO STIPULATED.

Dated: 2/25/14

WALKUP, MELODIA, KELLY & SCHOENBERGER

MICHAEL A. KELLY
SPENCER J. PAHLKE
Attorneys for Plaintiff Gregory Reimer

Dated: 2.25.14

FISHER & PHILLIPS LLP

TIMOTHY J. MURPHY
KATARZYNA W. NOWAK
Counsel for Defendant Costa Rican Internet Services

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
JOINT STIPULATION AND [PROPOSED] FORM OF ORDER CONTINUING FILING DEADLINES ON DEFENDANT COSTA RICAN INTERNET SERVICE'S MOTION TO DISMISS IN ACCORDANCE WITH THIS COURT'S ORDER, SIGNED ON FEBRUARY 21, 2014 - CASE NO. CV 14 0147 EDL

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that, with regard to Defendant's
2   Motion to Dismiss:
3   The new date for Plaintiff's last day to file an Opposition is May 1, 2014.
4   The new date for Defendant's last day to file a Reply is May 8, 2014.
5   Dated: February 25, 2014

*[signature: Elizabeth D. Laporte]*

HON. ELIZABETH LAPORTE
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
JOINT STIPULATION AND [PROPOSED] FORM OF ORDER CONTINUING FILING DEADLINES ON DEFENDANT
COSTA RICAN INTERNET SERVICE'S MOTION TO DISMISS IN ACCORDANCE WITH THIS COURT'S ORDER,
SIGNED ON FEBRUARY 21, 2014 - CASE NO. CV 14 0147 EDL