AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Gregory Reimer
           Plaintiff (s),
V.
Corporacion de Viajes Mundiales S.A., et al.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-00147 EDL

Notice is hereby given that, subject to approval by the court, __Costa Rican Internet Services LLC__ substitutes
          (Party (s) Name)

__Donald F. Zimmer, Jr.; Cheryl Sabnis; Kristine Hanson; King & Spalding LLP__, State Bar No. __112279, 224323, 280429__ as counsel of record in
(Name of New Attorney)

place of __Timothy J. Murphy and Katarzyna W. Nowak, Fisher & Phillips LLP__.
          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: King & Spalding LLP
    Address: 101 Second Street, Suite 2300, San Francisco, California 94105
    Telephone: (415) 318-1200     Facsimile (415) 318-1300
    E-Mail (Optional): fzimmer@kslaw.com, csabnis@kslaw.com, khanson@kslaw.com

I consent to the above substitution.
Date: August 11, 2014

I consent to being substituted.
Date: August 13, 2014

I consent to the above substitution.
Date: August 11, 2014

Costa Rican Internet Services LLC
_[signature]_
(Signature of Party (s))

Fisher & Phillips LLP
_[signature]_
(Signature of Former Attorney (s))

King & Spalding LLP
_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 19, 2014     _Elizabeth D. Laporte_
                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]